**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01365-CR

**TERRANCE GERMAINE WILKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F10-62224**

## ORDER

The Court has before it appellee the State of Texas's April 23, 2015 "Combination Motion to Accept Contemporaneously-Tendered Response Brief and to Permit State to Present Oral Argument."

We **GRANT** appellee's motion for extension of time to file its brief, and we direct the Clerk to file appellee's brief effective the date of this order. We also **GRANT** appellee's motion to present oral argument at submission of this case, which is set at 9:00 a.m. on May 19, 2015.

/s/      ROBERT M. FILLMORE
PRESIDING JUSTICE